**FILED**

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

Leave to file without
Prepayment of Cost **GRANTED**

*Ricardo M. Urbina*

ABDUL MAJID MOHAMMADI
Camp Delta
Washington, D.C. 20355

Petitioner

v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

Respondents

Civil Action No.

CASE NUMBER   1:05CV01246

JUDGE: Richard W. Roberts

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/22/2005

## PETITION FOR WRIT OF HABEAS CORPUS

GUAN-2005-T01412
Page 1.

Hello and Greetings:

Dear Judge, Hello. I'm prisoner #xxx, or ABDUL MAJID MOHAMMADI. I have been imprisoned without any reason. The period when I entered Afghanistan there weren't any hostilities or fighting. In my lifetime, I've never seen any Taliban, nor have I ever worked for or supported the Taliban. If I had entered Afghanistan during the Taliban rule I would have been killed at the spot, because Iran is not in good relations with the Taliban or with Afghanistan. This is because in Iran everyone is Shiia. A very small part of Iran is made up of Sunnis or Christians. I was captured because, without listening to the words of my mother and father, I was selling drugs. Dear Judge, I now know that going towards drugs or going towards friends who are bad is not a good thing. Dear Judge I swear to God that I don't have any hostilities against the U.S. or against any other country. I have no friends to talk to in this prison. All the prisoners hate me because I'm an Iranian. How can I be an enemy of the United States when none of the prisoners here know me. I have abundance of love for America because America is a free land.

Page 2.

Dear Judge, I once again want to say that the new Afghan forces arrested me by the side of a river in a city called GHAZNI. I was in Afghanistan for a period of two weeks—in week one I was free; in week two I became captured by the new Afghan forces.
It's been three and a half years that I'm in the hands of the Americans. I have not created any problems for the Americans. I'm thankful to the nation of United States and its government for giving me a new life, because, if I were in Iran, I would either be dead or in jail for because of drugs.
    Dear Judge, help me. I don't have any enmity towards the Americans or any other nation; I'm a freedom-seeking individual, and I always want to be free. I know one language, which is Iranian Farsi. I've never been witness to a war in my entire life. The Americans or other nations have not given me any problems. I love America. I'm just a single and lonely individual.

Page 3.

Greetings:
To the attention of the Judge: I'm prisoner #xxx, or ABDUL MAJID MOHAMMADI. I'm a prisoner in Camp x. Dear Judge, I'm in need of help. I've been imprisoned for three and a half years without any reason.
    Dear Judge, how can I be an enemy combatant when I don't know about anything? I was neither present in the fighting with the Taliban nor do I know of anything. When I entered Afghanistan there was no Taliban and no fighting. I, ABDUL MAJID MOHAMMADI, a citizen and resident of Iran, entered the soil of Afghanistan out of ignorance and lack of knowledge, and because of drugs. Dear Judge, my country

is next to Afghanistan: Afghan people enter Iran and Iranian people enter Afghanistan because both countries are neighbors.

Dear Judge I don't know anything about warfare; I'm a free individual; I don't have any business with others. Dear Judge, the new Afghan forces arrested me in the city called Ghazni and sold me to the American forces. Judge I've been away from my family for several years now, and for no reason. I have not created any problems for

Page 4.
Anyone or any country. I was driven here by my occupation and by having bad friends. Judge I don't pose any danger for the Americans or other countries. It was my first time to enter Afghanistan from Iran. Help me, Judge; I can no longer be a prisoner of the Americans without any motive. I was not present in the fighting and I have not helped or protected any country. I escaped from becoming a soldier because I hate holding a weapon. I love to be free. I'm an Iranian and I don't have any business or dealings with anyone. In the several years that I've been in the hands of the Americans I have not caused any trouble. I don't have any friends in this prison, because I'm a Christian and not a Muslim. Judge, the entire prison are Arab speakers, with the exception of me whose language if Farsi. Help me Judge. I don't have anyone else.

Peace upon you.

(Signature)
ABDUL MAJID MOHAMMADI
3/23/2005