سلام:

قاضی سلام: من زندانی ٥٥٥٥٥ یا عبدالمجید محمدی بدون دلیل زندانی شده ام. فرمائی من وارد افغانستان شدم که هیچ جنگ و دعوای وجود نداشت من در عمر خود هیچ گروه طالبان ندیده ام و برای هیچ طالبی نگهبان یا کار نکرده ام. چون اگر زمان طالبان من وارد افغانستان می شدم طالبان مرا در جا می کشتند. چراجون ایران با طالبان با افغانستان زیاد رابطه ای خوبی ندارد. چون ایران کشوری است که کل آنها شیعه هستند. قسمت کمی از ایران مسیحی و سنی هستند. من هم به خاطر گوش نکردن حرف پدر و مادر و فامیل به راه مواد مخدر کشیده شده ام. قاضی حالا می فهمم که رفتن دنبال مواد مخدر و رفتن دنبال دوستان بدکاری بسیار بد هست. قاضی به خدا من هیچ با آمریکا و کشور دیگر هیچ دشمنی ندارم. در این زندان من هیچ دوست یا رفیق ندارم که با من حرف بزنند. تمام بین زندانیها از من بدشان می آید. چرا چون من ایرانی هستم. بطور من دشمن آمریکا هستم که هیچ کس از این زندانیها را نمی شناسند. من خیلی آرزو داست دارم چون آمریکا کشور آ...

قاضی باز همه می گویم نیروی جدید افغانی مرا کنار رودخانه ای در شهری به نام خضنی دستگیر شدم، من دو هفته در افغانستان بودم یک هفته آزاد یک هفته دیگر در دست نیروی جدید افغانی زندانی بودم.

من در این سه و نیم سال نیم که در دست آمریکا هستم هیچ مشکلی برای آمریکا درست نکرده ام، من از ملت و دولت آمریکا تشکر می کنم که یک زندگی جدید به من داده است چون اگر در ایران بودم ممکن مرده یا برای ابد زندانی بودم به آن هم به خاطر مواد مخدر.

قاضی کمکم کن من با آمریکا و کشورهای دیگر هیچ دشمنی ندارم من یک فرد آزادی طلب هستم که می خواهم همیشه آزاد باشم. یک زبان می فهمم آنهم فارسی ایرانی.

در عمر خود هیچ جنگ ندیده ام. آمریکا با کشور دیگر برای من هیچ مشکلی جور نکرده است. به خدا من آمریکا و ملت آمریکا را دوست دارم. من یک فرد نیک وتنها هستم.

سلام:

خدمت قاضی من زندانی ۵۵۰۰ یا عبدالمجید محمدی در زندان کمپ ۵ زندانی هستم. قاضی من احتیاج به کمک دارم. من حدود سه سال نیم بدون دلیل زندانی هستم.

قاضی چطوری من یک دشمن جنگلی هستم که از هیچ چیز خبر ندارم. من نه در جنگ طالبان بودم و نه از چیزی خبر دارم. زمانی من داخل افغانستان شدم. که هیچ جنگ و طالبان وجود نداشت. من عبدالمجید محمدی اهل و ساکن ایران به خاطر نفهمی و نادانی راهی کشور افغانستان شدم. آنهم به خاطر مواد مخدر. قاضی کشور من نزدیک به افغانستان هست. مردم افغانستان وارد کشور ایران می‌شوند و مردم ایران وارد افغانستان می‌شوند. چون هر دو کشور همسایه هستند.

قاضی من چیزی از جنگ و دعوا نمی‌دانم. من یک فرد آزاد هستم کار به کار کسی ندارم. قاضی نیروی جدید افغان یرا در شهری به نام خفنی دستگیر کرد و به نیروی آمریکا فروخته است. قاضی من چند سال دور از خانواده و فامیل هستم آنهم به خاطر هیچ چیزی. من برای هیچ کس و هیچ کشوری مشکل

جور کرده ام. شغل من فروختن دوستان بود این راه کشیده شده ام.

قاضی من هیچ خطری برای آمریکا یا کشورهای دیگر ندارم. چون اولین بارم هست که از ایران وارد افغانستان می شوم.

قاضی کمکم کن دیگر نمی توانم زندانی آمریکا بدون هیچ دلیل باشم. من در جنگ نبوده ام. و برای هیچ کشوری خدمت و نگهبانی نمی دهم. من از خدمت سربازی خود فراری هستم. چون از اسلحه دست گرفتن بدم می آید. چون دوست دارم آزاد باشم. من ایرانی هستم و با کسی کاری ندارم.

در این چند سال که در دست آمریکا هستم هیچ مشکلی جور نکرده ام. در این زندان هیچ دوست و رفیقی ندارم. چرا چون من یک مسیحی هستم من مسلمان نیستم. قاضی در این زندان تمام حرف زبان هستن بجز من که زبانم فارسی هست. قاضی کمکم کن. من هیچ کس ندارم.

عبدالمجید محمدی

RECEIVED APR 1 3 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

23/3/2005

GUAN-2005-T01413

Hello

How are you? I hope you're doing fine and for me I hope that one day I can be with you all. I pray everyday hoping that one-day God will answer my prayer. I would like to tell you that with God help and with people that I talk to maybe someday soon my prayers will be answered.

Please Judge I want to you to help me. Please I am no enemy for U.S. or anybody.

[TN: Detainee has written the above paragraph in English]

Detainee ISN xxx

United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001


Number 1.  Date: 3/19/2005 (Farsi Language)

Greetings:
After saying that I hope you're not tired to my Judge I'm prisoner #xxx, or ABDUL MAJID MOHAMMADI. It's been approximately three and a half hears that I've been imprisoned without having committed a crime. Judge, I want you to tell me for what reason am I an enemy combatant when I have neither been fighting during the Taliban era nor have I meet anyone from the Taliban. I'm a young man of age 28 from Iran; I have been brought here because of my job and because I was involved with bad people and with bad friends whose tasks was to sell drugs.

Secondly, the time that I entered Afghanistan there was no fighting. Afghan's newest forces—the police—arrested me in a city called GHAZNI, as I was busy washing my clothes near a river. They then sold me to the American forces, telling the American forces that I'm an Arab. This was all because of money and nothing else. It's been about 27 years that I've been a Christian; I'm not a Muslim or an Arab, and I don't have any problems or hostilities with anyone. These several years that I've been with the Americans I have never caused any problems with any of the guards. I love American and other countries.

Number 2.

I don't have a problem with anyone; I love to be free and be near my father, mother, brother, sister, my wife and my kids, and my entire family. In the several years that I've been an American prisoner my entire body is clean since I'm not near drugs or cigarettes. When I'm freed from here I don't want to go near drugs or to my bad friends. I thank the

Case 1:05-cv-01246-RWR    Document 1-2    Filed 06/22/2005    Page 6 of 18

American people and their government for giving me a new life, because, if I were in Iran, I'd either be dead or I'd always remain in prison. And this is because of drugs.

Judge I want to tell you that this is the first time that I've been far away from Iran, and this is because I listened to a few Afghani who are in Iran, and who told me that there is an abundance of drugs or Hashish, and that a lot of money can be gotten. If I had not heeded to these words I wouldn't have ended up here. Once I'm released from here I swear that I will not go after bad occupations. Judge help me out; I swear to God that I don't know anything about the Taliban, since I'm a free individual and I don't have any hostilities towards anyone and because I don't know anything about being an enemy.

Number 1. Date: 3/19/2005 (Farsi Language)

Greetings:

Dear Judge a committee of Administrative Review will come to order to determine whether I, prisoner xxx, or ABDULMAJID MOHAMMADI, still pose a danger or threat to the United States and their coalition or not? This Administrative Review Board will consider all the related information pertinent to me. If the above committee determines that henceforth I will not pose a danger or threat to the United States they will free me. Neither did I pose a danger to America in the post and neither do I pose a danger now. Why, and for what reason would I pose a threat to the United States? America has not done any harm to me or to my family to make me be their enemy. It's my first time that I'm seeing Americans; I love the America because it is a good and free nation. They don't bother anyone. Over the years that I've been their prisoner, they have treated me well. I want to tell the American soldiers that they are my brothers and sisters, because, with exception of them, the Arabs and the Muslims don't talk to me.

Number 2.

They advice me not to talk with the people and with the American soldiers. Judge, in this island none of these prisoners know anything about me, and, I too, do not know any of these Muslims. In this prison, I'm just one and I'm lonely. I don't have anyone that shares my language. I speak one language only, which is Iranian Farsi. In this prison I've learned some English from the soldiers. I only get to talk to the American soldiers every once in a while. Dear Judge, I want to be free. I traveled to Afghanistan alone, because I love to be alone. I was in Afghanistan for two weeks: one week I was free, and the next, I was captured by the new Afghan forces, who then handed me over to the Americans. Prior to handing me over to the Americans, the Afghan soldiers would beat me with a stick, and they would deny me water and food. I became very happy once they handed me to the Americans, for they provided me with clothes, water, and food. I want to thank America and its government for everything because they've helped me a lot, since I don't have hostilities with anyone.

Number 1

Greetings:

Dear Judge, hello: I'm prisoner #xxx, ABDUL MAJID MOHAMMADI. I'm writing you this letter because I want to ask for what reason am I an enemy combatant when none of these Arabs or the other Muslims knows me?

The time that I went to Afghanistan, there was no fighting, hostility, or the Taliban. If I had traveled to Afghanistan during the Taliban era they would've arrested me and they would've killed me on the spot, because they would say that I'm a shi'ia. I ended up here because of ignorance, because of having bad friends, because of drugs, and because I didn't heed to my mother and father.

I swear to God that, throughout my life, I've never gotten involved in any kind of fighting or hostility with anyone. Judge, I want you to tell me why the Americans have held me in captivity for these several years. The new Afghan forces arrested me and turned me over to the American forces, telling them that I'm an Arab. They sold me to the Americans because of money and because my skin color is dark. I was in Afghanistan for about two weeks: one week, free, and, the next week, in the hands of the Afghans. It was the first time that I went away from Iran because of drugs. Now I know that

Number 2.

What I did was a mistake. I have not caused any problem for America or for other countries. It's been about three and half years that I'm far away from my family. Judge, help me! In this island Guantanamo Bay, Cuba, I don't have any friend except for the American soldiers, who are my friends. I'm thankful to the United States and its people for giving me a new life, because, if I were in Iran, it's possible that I would not be alive, and that is because of drugs.

Secondly: I'm a Christian. If the Taliban had spotted a Christian they would've killed him on the spot. In the several years that I've been in the hands of the Americans I have behaved properly with the American force, because I love America and because it's a free country and has nice people who mind their own business. America helps the other countries.

Dear Judge, I'm a lonely individual. I beg you to help me.

United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

HELLO

How ARE You I HOPE YOUR DOING FINE AND FOR ME I HOPE THAT ONE DAY I CAN BE WITH You ALL. I PRAY EVERY DAY HOPING THAT ONE DAY GOD WILL ANSWER MY PRAYER. I WOULD lIKE to tELL You THAT WITH GOD HELP AND WITH PEOPLE THAT I tALK to MAYBE SOME DAY SOON MY PRAYERS WILL BE ANSWERED.

PLEASE JUDGE I WAN to HELP ME. PLEASE I AM NO ENEMY FOR U.S OR ANY BODY.

DETAINEE ISN 555

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 CONStitation AVENUE, N.W.

WASHINGtoN, DC 20001



RECEIVED
APR 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(۱) شماره

سلام:

خدمت قاضی سلام: من زندانی کوکو یا عبدالمجید محمدی این نامه را برای شما می نویسم و می خواهم بگویم از چه لحاظ من یک دشمن جنگی هستم که هیچ کس از ابن عرب ها یا کل ابن مسلمانان مرا نمی شناسند. من زمانی به افغانستان رفتم که هیچ جنگ و درگیری با طالبان وجود نداشت. چون آگر من زمان طالبان به افغانستان سفرش کردم طالبان مرا دستگیرم کردن و درجا مرا می کشتن. می گوید چرا اجون طالبان نفر ایرانی را دوست ندارند. چون ایران کشوری است که تمام آنها شیعه هستند. از اینها گذشته من از روی نفهمی یا نادانی و به خاطر شغل بد یعنی مواد مخدر و داشتن دوست بد و گوش نکردن حرف پدر و فامیل به ابن را کشیده شدم. من به خدا قسم می خورم در تمام زندگی با کسی جنگ یا دعوا نکرده ام. قاضی؟ من بگو من چرا آمریکا مرا چند سال زندانی کرده است. نیروی جدید افغانستان مرا دستگیر کرد و به نیروی آمریکا داده و به نیروی آمریکا گفت من عرب هستم چون رنگ بدن من سیاه هست و به خاطر پول مرا به آمریکا فروخت. من حدود دو هفته در افغانستان بودم یک هفته آزاد و یک هفته در دست افغان. برای اولین بار بود که من از ایران بیرون شدم آن هم به خاطر مواد مخدر حالا می فهم که

راه من اشتباه بوده من من برای آمریکا یا کشور های دیگر هیچ مشکلی جور نکرده ام من حدود سه سال نیم از خانواده و فامیل دور هستم. قاضی کمکم کن! من در این جزیره GUANTANAMO BAY, CUBA هیچ دوست یا رفیق ندارم. جز سربازان آمریکا با من دوست هستند. من از مردم و ملت آمریکا تشکر می کنم که در این چند سال کل زندگی جدید به من داده است چون اگر در ایران بودم ممکن تا حالا زنده نبودم آن هم به خاطر مواد مخدر.

دوم: من یک فرد مسیحی هستم و اگر طالبان یک مسیحی را می دیدند در جا او را می کشتن من در این چند سال که در دست آمریکا هستم با تمام نیروی آمریکا به خوبی رفتار کرد چون من آمریکا را دوست دارم. چون یک کشور آزاد و خوب مردم دارد چون کار با کسی ندارد. و به تمام کشور کمک می کند.

قاضی من یک فرد تنها هستم کمکم کن. خواهش می کنم.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
333 CONSTITION AVENUE, N.W.
WASHINGTON, DC 20001

RECEIVED
APR 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

شماره ۲

هیچ مشکلی ندارم. دوست دارم آزاد باشم کنارهٔ پدر، مادر، برادر، خواهر، زن و بچه‌ام و تمام فامیلم. در این چند سال که زندانی آمریکا هستم بدنم و تمام وجودم پاک هست چون دور باره مواد مخدر یا سیگار نیستم و از خدا می‌خواهم از این جا که آزاد شوم دنبال دوستان بد و مواد مخدر نروم. من از دولت و مردم آمریکا تشکر می‌کنم که یک زندگی جدید به من داده است چون اگر در ایران بودم یا مرده بودم یا برای همیشه در زندان ایران مانده بودم آنهم به خاطر مواد مخدر. قاضی باز هم می‌گویم من از ایران اولین بارم هست که دور می‌شوم آنهم به خاطر گوش کردن حرف چند نفر از مردم افغانی که در ایران هستن و به من گفتن در افغانستان زیاد مواد مخدر یا هشیش هست و می‌شود خوب پول به دست آورد. اگر من به این حرفها گوش نمی‌کردم این راه کشیده نمی‌شدم. من از این جا که آزاد شوم قول می‌دهم که هیچ وقت دنبال شغل بد نروم. قاضی کمکم کن. به خدا قسم من هیچ از طالبان نمی‌دانم چون یک فرد آزاد هستم با کسی دشمنی ندارم. چون چیزی از دشمنی نمی‌دانم.

RECEIVED
APR 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

① شماره /۱۹/ از طرف خارجی امیر

سلام:

ضمن خسته نباشی خدمت قاضی من زندانی گوانتانامو یا عبدالمجید محمدی حدود سه سال و نیم بدون دلیل زندانی هستم می‌خواهم شما قاضی حکم کنی من از چه لحاظ یک دشمن هستم که نه در جنگ طالبان بودم و نه کسی از طالبان دیده‌ام من یک جوان ۲۸ ساله ایرانی هستم که به خاطر شغل بد و دوستان بد که تمام آنها کارشان خروختن مواد مخدر است به این راه کشیده شده‌ام. دوم زمانی من وارد افغانستان شدم که هیچ جنگ وجود نداشت و نیروی جدید افغانی یعنی پلیس مرا در شهری به نام غضنی کناره رود خانه که مشغول شستن لباس خود بودم مرا دستگیر کرده و به نیروی آمریکا فروخته و به نیروی آمریکا گفت که من عرب هستم آنهم به خاطر پول نه به خاطر چیز دیگر من حدود ۲۷ سال می‌شود که مسیحی هستم من مسلمان یا عرب نیستم و با کسی جنگ یا دعوا ندارم. در این چند سال که در دست آمریکا هستم هیچ مشکلی برای سربازان آمریکایی و دولت آمریکا به وجود نیاوردم. من دولت آمریکا و کشورهای دیگر را دوست دارم من با کسی

RECEIVED
APR 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

② زبان فارسی              شماره...

با مردم و سربازان آمریکایی حرف نزدم، قاضی در این جزیره یا این زندان کسی از این زندانیان مرا نمی شناسد و من هم کسی از این مسلمانان نمی شناسم، در این زندان پکن و تنها هستم و هیچ هم زبانی ندارم فقط یک زبان صحبت می کنم آنهم فارسی ایرانی در این چند سال کمی انگلیسی از سربازان آمریکایی یاد گرفتم فقط هر چند وقتی با سربازان حرف می زنم دوست دارم قاضی آزاد باشم من تنها سفر کردم به افغانستان چون تنهائی دوست دارم. دو هفته در افغانستان بودم یک هفته آزاد و یک هفته در دست سربازان افغانی بعد مرا به آمریکا دادن قبل از این که مرا به آمریکا بدهند سربازان افغانی مرا کتک و چوب می زدند به من غذا و آب نمی دادند به آمریکا که دادن خوشحال شدم چون در جا لباس غذا آب دادن به همه چیز از ملت و دولت آمریکا تشکر می کنم بخاطر همه چیزچون به من کمک زیاد کرده است من با کسی دشمنی ندارم.

① ...

سلام:

قاضی بنام یک کمیتهٔ اداری تحقیق دایر خواهد شد تا تصمیم بگیرد که آیا من یعنی زندانی کوکویا عبدالمجید محمدی هنوز هم خطر و تهدیدی برای ایالات متحده و متحدین شان هستم یا نه؟ کمیتهٔ اداری تحقیق تمام معلومات مربوط و مناسب را در نظر میگیرد. اگر کمیتهٔ مذکور تصمیم بگیرد که بعد از این من باعث تهدید و خطر برای آمریکا نیستم من را آزاد میکند. من نه قبل برای آمریکا خطر داشتم نه حالا چرا و به خاطر چی؟ با آمریکا دشمنی کنم؟ آمریکا به من و خانوادهٔ من ظلم و ستم نکرده که من با آمریکا دشمنی کنم من برای بار اول هست که آمریکا را دیده ام من آمریکا را خیلی دوست دارم چون یک کشور خوب و آزاد هست جویا کسی کار ندارد. در این چند سال که زندانی آنها هستم با من به خوبی رفتار کرده اند. من به مردم آمریکا سربازان می گویم شما برادران من و خواهران هستید. چرا چون جزء آمریکایی کسی دیگر از این مسلمانان با من صحبت نمی کنند. به من گوش نمی دهند مگویند