IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDUL MAJID MOHAMMADI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1246 (RWR) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

### RESPONDENTS' RESPONSE TO ORDER TO SHOW CAUSE AND NOTICE OF SUBMISSION UNDER SEAL

Respondents hereby submit, as explained herein, the final record of proceedings before the Combatant Status Review Tribunal pertaining to petitioner Abdul Majid Muhammed (listed in the petition as Abdul Majid Mohammadi) in response to the July 8, 2005 docket entry in this matter, entitled "Order Directing Respondent to Show Cause," directing respondents to "file and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue." For the reasons explained in the record, petitioner Abdul Majid Muhammed has been determined to be an enemy combatant affiliated with forces engaged in hostilities against the United States and its coalition partners. Accordingly, petitioner Abdul Majid Muhammed is lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise, and is being detained.

The portion of the record suitable for public release is attached hereto. See Exhibit A. The remaining portion of the record, including information that is classified or not suitable for public release, which may not be shared with petitioner Abdul Majid Muhammed, is being submitted to the Court under seal for *in camera* review.

For the reasons explained in the record, petitioner Abdul Majid Muhammed has been determined to be an enemy combatant and is, therefore, lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise. Accordingly, the petition for writ of habeas corpus should be dismissed and the relief sought therein denied.

Dated: August 22, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20530
Tel:  (202) 514-2000

Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2005, I caused a copy of the foregoing Respondents' Response to Order to Show Cause and Notice of Submission Under Seal, and Exhibit A attached thereto, to be served via U.S. Mail, First Class postage prepaid, on petitioner:

>Abdul Majid Muhammed
>Camp Delta; Guantanamo Bay
>Washington, D.C. 20355

>  /s/ Preeya M. Noronha
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
>
> One of the Attorneys for Respondents