**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____Columbia_____

TO: Michael I. Bumgarner, Colonel
Joint Detention Operations
c/o JTF - GTMO Staff Judge Advocate
APO, AE 09360

Civil Action, File Number 05-1246 RWR

Abdul Majid Mohammed

V.

George W. Bush, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days... [envelope has been enclosed for this] purpose. Keep copy 3 for your records.

[ACKN]OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [or o]ther entity, you must indicate under your signature your relationship to that entity. If [  ] authorized to receive process, you must indicate under your signature your authority.

[Return copy] 2 of this form to the sender within ____ days, you (or the party on whose behalf you [are being served]) incurred in serving a summons and complaint in any other manner permitted by law.

[If return] this form, you (or the party on whose behalf you are being served) must answer the [complaint within the time they] were sent. If you fail to do so, judgment by default will be taken against you for the [relief demanded in the complaint.]

[This] Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was [mailed on _____]

_____
Signature (USMS Official)

### [ACKNOWLEDGMENT] OF RECEIPT OF SUMMONS AND COMPLAINT

[I received] a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

---

**[Postal Return Receipt card:]**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael Bumgarner, Col.
OIC Detention Opr.
c/o JTF-GTMO Staff Judge
APO, AE 09360

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Michelabm  ☒ Agent  ☐ Addressee
B. Received by (Printed Name): MICHELE BUMRE
C. Date of Delivery: 02 AUG 05
D. Is delivery address different from item 1? ☐ Yes  ☒ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0001 9681 5559

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

05-1246 2-24-05