A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) | **APPEARANCE** |
| vs. | ) ) ) | CASE NUMBER |
| Defendant(s) | ) ) ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
                                                    (Attorney's Name)

case for:_____
                              (Name of party or parties)


_____
Date

_____
BAR IDENTIFICATION


_____
Signature

_____
Print Name

_____
Address

_____
City                State            Zip Code

_____
Phone Number