IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL MAJID MOHAMMADI,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No. 05-1246 (RWR) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that the Notice of Appeal filed on November 18, 2005, was served via electronic mail on counsel for petitioner on November 21, 2005, as follows:

> James Wyda
> Martin Bahl
> Federal Public Defender
> 100 S. Charles Street
> Tower II, Ste. 1100
> Baltimore, MD 21201
> Jim_Wyda@fd.org
> Martin_Bahl@fd.org

The original certificate of service erroneously indicated that counsel was served via electronic mail on November 18, 2005.

Dated: November 21, 2005.

Respectfully submitted,

/s/ Marc A. Perez
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch
One of the Attorneys for Respondents