IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | | |
|---|---|---|
| Hicks (Rasul) v. Bush | ) | Case No.  02-CV-0299 (CKK) |
| Al Odah v. United States | ) | Case No.  02-CV-0828 (CKK) |
| Habib v. Bush | ) | Case No.  02-CV-1130 (CKK) |
| Kurnaz v. Bush | ) | Case No.  04-CV-1135 (ESH) |
| Khadr v. Bush | ) | Case No.  04-CV-1136 (JDB) |
| Begg v. Bush | ) | Case No.  04-CV-1137 (RMC) |
| El-Banna v. Bush | ) | Case No.  04-CV-1144 (RWR) |
| Gherebi v. Bush | ) | Case No.  04-CV-1164 (RBW) |
| Anam v. Bush | ) | Case No.  04-CV-1194 (HHK) |
| Almurbati v. Bush | ) | Case No.  04-CV-1227 (RBW) |
| Abdah v. Bush | ) | Case No.  04-CV-1254 (HHK) |
| Hamdan v. Bush | ) | Case No.  04-CV-1519 (JR) |
| Al-Qosi v. Bush | ) | Case No.  04-CV-1937 (PLF) |
| Paracha v. Bush | ) | Case No.  04-CV-2022 (PLF) |
| Al-Marri v. Bush | ) | Case No.  04-CV-2035 (GK) |
| Zemiri v. Bush | ) | Case No.  04-CV-2046 (CKK) |
| Deghayes v. Bush | ) | Case No.  04-CV-2215 (RMC) |
| Mustapha v. Bush | ) | Case No.  05-CV-0022 (JR) |
| Abdullah v. Bush | ) | Case No.  05-CV-0023 (RWR) |
| Al-Mohammed v. Bush | ) | Case No.  05-CV-0247 (HHK) |

El-Mashad v. Bush                )        Case No.  05-CV-0270 (JR)
                                          (consolidated with 05-CV-833)

Al-Adahi v. Bush                 )        Case No.  05-CV-0280 (GK)

Al-Joudi v. Bush                 )        Case No.  05-CV-0301 (GK)

Doe 1-570 v. Bush                )        Case No.  05-CV-0313 (CKK)

Al-Wazan v. Bush                 )        Case No.  05-CV-0329 (PLF)

Al-Anazi v. Bush                 )        Case No.  05-CV-0345 (JDB)

Alhami v. Bush                   )        Case No.  05-CV-0359 (GK)

Ameziane v. Bush                 )        Case No.  05-CV-0392 (ESH)

Batarfi v. Bush                  )        Case No.  05-CV-0409 (EGS)

Sliti v. Bush                    )        Case No.  05-CV-0429 (RGL)

Kabir v. Bush                    )        Case No.  05-CV-0431 (RGL)

Qayed v. Bush                    )        Case No.  05-CV-0454 (RMU)

Al-Shihry v. Bush                )        Case No.  05-CV-0490 (PLF)

Aziz v. Bush                     )        Case No.  05-CV-0492 (JR)

Al-Oshan v. Bush                 )        Case No.  05-CV-0520 (RMU)

Tumani v. Bush                   )        Case No.  05-CV-0526 (RMU)

Al-Oshan v. Bush                 )        Case No.  05-CV-0533 (RJL)

Salahi v. Bush                   )        Case No.  05-CV-0569 (JR)
                                          (Consolidated with 05-CV-0881)
                                          (Consolidated with 05-CV-0995)

Mammar v. Bush                   )        Case No.  05-CV-0573 (RJL)

Al-Sharekh v. Bush               )        Case No.  05-CV-0583 (RJL)

| | | | |
|---|---|---|---|
| Magram v. Bush | ) | Case No. | 05-CV-0584 (CKK) |
| Al Rashaidan v. Bush | ) | Case No. | 05-CV-0586 (RWR) |
| Mokit v. Bush | ) | Case No. | 05-CV-0621 (PLF) |
| Al Daini v. Bush | ) | Case No. | 05-CV-0634 (RWR) |
| Errachidi v. Bush | ) | Case No. | 05-CV-0640 (EGS) |
| Ahmed v. Bush | ) | Case No. | 05-CV-0665 (RWR) |
| Battayav v. Bush | ) | Case No. | 05-CV-0714 (RBW) |
| Adem v. Bush | ) | Case No. | 05-CV-0723 (RWR) |
| Aboassy v. Bush | ) | Case No. | 05-CV-0748 (RMC) |
| Hamlily v. Bush | ) | Case No. | 05-CV-0763 (JDB) |
| Imran v. Bush | ) | Case No. | 05-CV-0764 (CKK) |
| Al Habashi v. Bush | ) | Case No. | 05-CV-0765 (EGS) |
| Al Hamamy v. Bush | ) | Case No. | 05-CV-0766 (RJL) |
| Hamoodah v. Bush | ) | Case No. | 05-CV-0795 (RJL) |
| Khiali-Gul v. Bush | ) | Case No. | 05-CV-0877 (JR) |
| Rahmattullah v. Bush | ) | Case No. | 05-CV-0878 (CKK) |
| Mohammad v. Bush | ) | Case No. | 05-CV-0879 (RBW) |
| Nasrat v. Bush | ) | Case No. | 05-CV-0880 (ESH) |
| Rahman v. Bush | ) | Case No. | 05-CV-0882 (GK) |
| Bostan v. Bush | ) | Case No. | 05-CV-0883 (RBW) |
| Muhibullah v. Bush | ) | Case No. | 05-CV-0884 (RMC) |
| Mohammad v. Bush | ) | Case No. | 05-CV-0885 (GK) |

| | | |
|---|---|---|
| Wahab v. Bush | ) | Case No. 05-CV-0886 (EGS) |
| Chaman v. Bush | ) | Case No. 05-CV-0887 (RWR) |
| Gul v. Bush | ) | Case No. 05-CV-0888 (CKK) |
| Basardh v. Bush | ) | Case No. 05-CV-0889 (ESH) |
| Khan v. Bush | ) | Case No. 05-CV-0890 (RMC) |
| Nasrullah v. Bush | ) | Case No. 05-CV-0891 (RBW) |
| Shaaban v. Bush | ) | Case No. 05-CV-0892 (CKK) |
| Sohail v. Bush | ) | Case No. 05-CV-0993 (RMU) |
| Tohirjanovich v. Bush | ) | Case No. 05-CV-0994 (JDB) |
| Khudaidad v. Bush | ) | Case No. 05-CV-0997 (PLF) |
| Al Karim v. Bush | ) | Case No. 05-CV-0998 (RMU) |
| Al-Khalaqi v. Bush | ) | Case No. 05-CV-0999 (RBW) |
| Sarajuddin v. Bush | ) | Case No. 05-CV-1000 (PLF) |
| Kahn v. Bush | ) | Case No. 05-CV-1001 (ESH) |
| Mohammed v. Bush | ) | Case No. 05-CV-1002 (EGS) |
| Mangut v. Bush | ) | Case No. 05-CV-1008 (JDB) |
| Hamad v. Bush | ) | Case No. 05-CV-1009 (JDB) |
| Khan v. Bush | ) | Case No. 05-CV-1010 (RJL) |
| Zuhoor v. Bush | ) | Case No. 05-CV-1011 (JR) |
| Ali Shah v. Bush | ) | Case No. 05-CV-1012 (ESH) |
| Salaam v. Bush | ) | Case No. 05-CV-1013 (JDB) |
| Al-Hela v. Bush | ) | Case No. 05-CV-1048 (RMU) |

| | | |
|---|---|---|
| Mousovi v. Bush | ) | Case No. 05-CV-1124 (RMC) |
| Khalifh v. Bush | ) | Case No. 05-CV-1189 (JR) |
| Zalita v. Bush | ) | Case No. 05-CV-1220 (RMU) |
| Ahmed v. Bush | ) | Case No. 05-CV-1234 (EGS) |
| Baqi v. Bush | ) | Case No. 05-CV-1235 (PLF) |
| Aminullah v. Bush | ) | Case No. 05-CV-1237 (ESH) |
| Ghalib v. Bush | ) | Case No. 05-CV-1238 (CKK) |
| Al Khaiy v. Bush | ) | Case No. 05-CV-1239 (RJL) |
| Bukhari v. Bush | ) | Case No. 05-CV-1241 (RMC) |
| Pirzai v. Bush | ) | Case No. 05-CV-1242 (RCL) |
| Peerzai v. Bush | ) | Case No. 05-CV-1243 (RCL) |
| Alsawam v. Bush | ) | Case No. 05-CV-1244 (CKK) |
| Mohammadi v. Bush | ) | Case No. 05-CV-1246 (RWR) |
| Al Ginco v. Bush | ) | Case No. 05-CV-1310 (RJL) |
| Ullah v. Bush | ) | Case No. 05-CV-1311 (RCL) |
| Al Bihani v. Bush | ) | Case No. 05-CV-1312 (RJL) |
| Mohammed v. Bush | ) | Case No. 05-CV-1347 (GK) |
| Saib v. Bush | ) | Case No. 05-CV-1353 (RMC) |
| Hatim v. Bush | ) | Case No. 05-CV-1429 (RMU) |
| Al-Subaiy v. Bush | ) | Case No. 05-CV-1453 (RMU) |
| Dhiab v. Bush | ) | Case No. 05-CV-1457 (GK) |
| Ahmed Doe v. Bush | ) | Case No. 05-CV-1458 (ESH) |

| | | |
|---|---|---|
| Sadkhan v. Bush | ) | Case No.  05-CV-1487 (RMC) |
| Faizullah v. Bush | ) | Case No.  05-CV-1489 (RMU) |
| Faraj v. Bush | ) | Case No.  05-CV-1490 (PLF) |
| Khan v. Bush | ) | Case No.  05-CV-1491 (JR) |
| Ahmad v. Bush | ) | Case No.  05-CV-1492 (RCL) |
| Amon v. Bush | ) | Case No.  05-CV-1493 (RBW) |
| Al Wirghi v. Bush | ) | Case No.  05-CV-1497 (RCL) |
| Nabil v. Bush | ) | Case No.  05-CV-1504 (RMC) |
| Al Hawary v. Bush | ) | Case No.  05-CV-1505 (RMC) |
| Shafiiq v. Bush | ) | Case No.  05-CV-1506 (RMC) |
| Kiyemba v. Bush | ) | Case No.  05-CV-1509 (RMU) |
| Idris v. Bush | ) | Case No.  05-CV-1555 (JR)<br>(Consolidated with 05-CV-1725) |
| Attash v. Bush | ) | Case No.  05-CV-1592 (RCL) |
| Al Razak v. Bush | ) | Case No.  05-CV-1601 (GK) |
| Mamet v. Bush | ) | Case No.  05-CV-1602 (ESH) |
| Rabbani v. Bush | ) | Case No.  05-CV-1607 (RMU) |
| Zahir v. Bush | ) | Case No.  05-CV-1623 (RWR)<br>(Consolidated with 05-CV-01236) |
| Akhtiar v. Bush | ) | Case No.  05-CV-1635 (PLF) |
| Ghanem v. Bush | ) | Case No.  05-CV-1638 (CKK) |
| Albkri v. Bush | ) | Case No.  05-CV-1639 (RBW) |
| Al-Badah v. Bush | ) | Case No.  05-CV-1641 (CKK) |

Almerfedi v. Bush                )        Case No.  05-CV-1645 (PLF)

Zaid v. Bush                     )        Case No.  05-CV-1646 (JDB)

Al-Bahooth v. Bush               )        Case No.  05-CV-1666 (ESH)

Al-Siba'i v. Bush                )        Case No.  05-CV-1667 (RBW)

Al-Uwaidah v. Bush               )        Case No.  05-CV-1668 (GK)

Al-Jutaili v. Bush               )        Case No.  05-CV-1669 (TFH)

Ali Ahmed v. Bush                )        Case No.  05-CV-1678 (GK)

Khandan v. Bush                  )        Case No.  05-CV-1697 (RBW)

Kabir (Sadar Doe) v. Bush        )        Case No.  05-CV-1704 (JR)

Al-Rubaish v. Bush               )        Case No.  05-CV-1714 (RWR)

Qasim v. Bush                    )        Case No.  05-CV-1779 (JDB)

Sameur v. Bush                   )        Case No.  05-CV-1806 (CKK)

Al-Harbi v. Bush                 )        Case No.  05-CV-1857 (CKK)

Aziz v. Bush                     )        Case No.  05-CV-1864 (HHK)

Mamet v. Bush                    )        Case No.  05-CV-1886 (EGS)

Hamoud v. Bush                   )        Case No.  05-CV-1894 (RWR)

Al-Qahtani v. Bush               )        Case No.  05-CV-1971 (RMC)

Alkhemisi v. Bush                )        Case No.  05-CV-1983 (RMU)

Gamil v. Bush                    )        Case No.  05-CV-2010 (JR)

Al-Shabany v. Bush               )        Case No.  05-CV-2029 (JDB)

Zakirjan v. Bush                 )        Case No.  05-CV-2053 (HHK)

Muhammed v. Bush                 )        Case No.  05-CV-2087 (RMC)

Othman v. Bush ) Case No. 05-CV-2088 (RWR)

Ali Al Jayfi v. Bush ) Case No. 05-CV-2104 (RBW)

Jamolivich v. Bush ) Case No. 05-CV-2112 (RBW)

Al-Mudafari v. Bush ) Case No. 05-CV-2185 (JR)

Al-Mithali v. Bush ) Case No. 05-CV-2186 (ESH)

Al-Asadi v. Bush ) Case No. 05-CV-2197 (HHK)

Alhag v. Bush ) Case No. 05-CV-2199 (HHK)

Nakheelan v. Bush ) Case No. 05-CV-2201 (ESH)

Al Subaie v. Bush ) Case No. 05-CV-2216 (RCL)

Ghazy v. Bush ) Case No. 05-CV-2223 (RJL)

Al Khatemi v. Bush ) Case No. 05-CV-2248 (ESH)

Al-Shimrani v. Bush ) Case No. 05-CV-2249 (RMC)

Amin v. Bush ) Case No. 05-CV-2336 (PLF)

Al Sharbi v. Bush ) Case No. 05-CV-2348 (EGS)

Ben Bacha v. Bush ) Case No. 05-CV-2349 (RMC)

Zadran v. Bush ) Case No. 05-CV-2367 (RWR)

Alsaaei v. Bush ) Case No. 05-CV-2369 (RWR)

Razakah v. Bush ) Case No. 05-CV-2370 (EGS)

Al Darby v. Bush ) Case No. 05-CV-2371 (RCL)

Haleem v. Bush ) Case No. 05-CV-2376 (RBW)

Al-Ghizzawi v. Bush ) Case No. 05-CV-2378 (JDB)

Awad v. Bush ) Case No. 05-CV-2379 (JR)

| | | |
|---|---|---|
| Al-Baidany v. Bush | ) | Case No.  05-CV-2380 (CKK) |
| Al Rammi v. Bush | ) | Case No.  05-CV-2381 (JDB) |
| Said v. Bush | ) | Case No.  05-CV-2384 (RWR) |
| Mohammon v. Bush | ) | Case No.  05-CV-2386 (RBW) |
| Al-Quhtani v. Bush | ) | Case No.  05-CV-2387 (RMC) |
| Thabid v. Bush | ) | Case No.  05-CV-2398 (ESH) |
| Al Yafie v. Bush | ) | Case No.  05-CV-2399 (RJL) |
| Rimi v. Bush | ) | Case No.  05-CV-2427 (RJL) |
| Almjrd v. Bush | ) | Case No.   05-CV-2444 (RMC) |
| Al Salami v. Bush | ) | Case No.  05-CV-2452 (PLF) |
| Al Shareef v. Bush | ) | Case No.  05-CV-2458 (RWR) |
| Khan v. Bush | ) | Case No.  05-CV-2466 (RCL) |
| Hussein v. Bush | ) | Case No.  05-CV-2467 (PLF) |
| Al-Delebany v. Bush | ) | Case No.  05-CV-2477 (RMU) |
| Al-Harbi v. Bush | ) | Case No.  05-CV-2479 (HHK) |

_____

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Respondents hereby give notice of the recent enactment of legislation that, among other things, amends 28 U.S.C. § 2241 to remove court jurisdiction to hear or consider applications for writs of habeas corpus and other actions brought in this Court by or on behalf of aliens detained at Guantanamo Bay, Cuba.  <u>See</u> Department of Defense Appropriations Act, 2006, Pub. L. No. ___, § 1005 (2005) (signed by President Bush on Dec. 30, 2005) (copy of relevant excerpts attached).[1]  No sooner than the week of January 9, 2006, respondents anticipate filing in each of the above-captioned cases a motion to dismiss or for other appropriate relief based on the new legislation.  Prior to or shortly after filing of such motion, respondents will consult with petitioners' counsel in an effort to agree upon a briefing schedule that can be proposed to the Court.

Dated: January 3, 2006                    Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          KENNETH L. WAINSTEIN
                                          United States Attorney

                                          DOUGLAS N. LETTER
                                          Terrorism Litigation Counsel

                                          [*signature block continued on following page*]

---

[1] Section 1005 is part of Title X of the Department of Defense Appropriations Act, 2006. Title X is also know as the Detainee Treatment Act of 2005.  <u>See</u> Department of Defense Appropriations Act, 2006, Pub. L. No. ___, § 1001 (2005).

                                    /s/ *Joseph H. Hunt*
                                    JOSEPH H. HUNT (D.C. Bar No. 431134)
                                    VINCENT M. GARVEY (D.C. Bar No. 127191)
                                    TERRY M. HENRY
                                    JAMES J. SCHWARTZ
                                    PREEYA M. NORONHA
                                    EDWARD H. WHITE
                                    ROBERT J. KATERBERG
                                    ANDREW I. WARDEN
                                    NICHOLAS J. PATTERSON
                                    MARC A. PEREZ
                                    Attorneys
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    P.O. Box 883
                                    Washington, DC  20044
                                    Tel:  (202) 514-2000

                                    Attorneys for Respondents