IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL MAJID MOHAMMADI, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1246 (RWR) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING OF PROTECTED INFORMATION**

NOTICE is hereby given that, pursuant to the protective order entered herein by the Court's Order of December 14, 2005 (dkt. no. 16), respondents have filed with the Court Security Office a submission which they seek to have designated as "protected information" pursuant to the protective order. The submission cannot be described in any greater detail without disclosing the substance of the protected information. As required by the protective order, respondents will disclose the protected information to petitioners' counsel, once counsel have complied with the requirements of the protective order for access to such information, and confer with counsel in an attempt to reach an agreement regarding the designation of the information prior to filing a motion with the Court to have the information designated as "protected."

Dated: August 31, 2006                  Respectfully submitted,

                                                               PETER D. KEISLER
                                                               Assistant Attorney General

                                                               DOUGLAS N. LETTER
                                                               Terrorism Litigation Counsel

   /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Rm. 7212
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents