UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
ABDUL MAJID MOHAMMADI,         )
                               )
        Petitioner,            )
                               )
    v.                         )    Civil Action No. 05-1246 (RWR)
                               )
GEORGE W. BUSH et al.,         )
                               )
        Respondents.           )
_____)
```

**ORDER DIRECTING PETITIONER TO RESPOND**

Respondents filed a notice of filing protected information [#22] and then filed under seal the protected information. Petitioner is directed to respond by September 19, 2006, indicating petitioner's position with respect to the substance of the protected information filed.

SIGNED this 15th day of September, 2005.

                                                                           /s/
                                          RICHARD W. ROBERTS
                                          United States District Judge