IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDUL MAJID MOHAMMADI,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>*Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>(Habeas Corpus)<br><br>No. 1:05-cv-1246 (RWR) |

* * * * *

### PETITIONER'S RESPONSE TO PROTECTIVE INFORMATION

On September 15, 2006, this Court issued an order directing the Petitioner, Mr. Mohammadi, to respond, by September 19, 2006, to the protected information filed by the government on August 31, 2006, indicating the Petitioner's position with respect to the substance of that protected information. Counsel for Petitioner Mohammadi hereby files such a response, indicating that it has no opposition to the substance of the protected information filed by the government in this case.

Respectfully submitted,

_____
JAMES WYDA
Federal Public Defender

MARTIN G. BAHL
Staff Attorney
100 South Charles Street
Tower II, Suite 1100
Baltimore, Maryland 21201
(410) 962-3962

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 15th day of September, 2006, a copy of the foregoing Petitioner's Response to Protective Information was sent via e-mail to: Terry M. Henry, Senior Trial Counsel, Civil Division, Federal Programs Branch, U.S. Department of Justice, 20 Massachusetts Avenue, N.W., Room 7226, Washington, D.C. 20530.

_____
JAMES WYDA
Federal Public Defender