IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDUL MAJID MOHAMMADI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1246 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

Respondents hereby provide notice that the United States has relinquished custody of petitioner Abdul Majid Mohammadi (ISN 555) and transferred him for release into Iran.

Because the transfer of petitioner has been completed, respondents hereby withdraw their request to have the Notice Pursuant To The Court's September 22, 2005 Order (dated August 31, 2006) treated as "protected information."[1]

Dated: October 24, 2006    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

---

[1] Consistent with this withdrawal, respondents' Notice Pursuant To The Court's September 22, 2005 Order, previously filed under seal as protected information, may be unsealed and filed on the public record.

    /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar. No. 23840-49)
NICHOLAS J. PATTERSON
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

Attorneys for Respondents